# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re  
Brooklynne Allen  
    Debtor

Case No. 16–30364  
Chapter 13

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *STATE OF ALABAMA DEPARTMENT OF REVENUE (Claims #17 and #18)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007–1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Done this 15th day of August, 2016.

*/s/ Dwight A. Williams, Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge